CM/ECF ntcdef2
(07/10/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Lana Brooke Perkins and Jason Scott )
   Perkins )
   Debtor(s) )
           )
           )

Case No.: 26–11020–SDM
Chapter: 13
Judge: Selene D. Maddox

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE FOR FAILURE TO FILE DOCUMENTS DUE WITH THE VOLUNTARY PETITION

Pursuant to Federal Rules of Bankruptcy Procedure, the debtor shall file certain documents with the voluntary petition. In order for this case to be administered, it is necessary that the documents described below be filed by the deadline indicated:

Credit Counseling Certificate or Statement Pursuant to 109(h) due: 3/26/26

Any extension of time may be granted only on motion for cause shown.

If the required documents are not timely filed by 3/26/26, the Court will enter an ex parte order dismissing the case without further notice or hearing.

Dated and Entered: 3/24/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                            Case No. 26-11020-SDM

Lana Brooke Perkins                                                                    Chapter 13

Jason Scott Perkins

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                           User: autodocke                          Page 1 of 2

Date Rcvd: Mar 24, 2026                  Form ID: ntcdef2                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**             **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

**Recip ID**                   **Recipient Name and Address**
db/jdb                   +   Lana Brooke Perkins, Jason Scott Perkins, 807 Hildreth Rd, Columbus, MS 39702-8655

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Lana Brooke Perkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Jason Scott Perkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

District/off: 0537-1                                    User: autodocke                                    Page 2 of 2

Date Rcvd: Mar 24, 2026                                 Form ID: ntcdef2                                    Total Noticed: 1

TOTAL: 4