Certificate Number: 17082-MSN-DE-040816449

Bankruptcy Case Number: 26-11020



17082-MSN-DE-040816449

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 3, 2026, at 2:31 o'clock PM MST, LANA B PERKINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   April 4, 2026                    By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director