Certificate Number: 17082-MSN-DE-040816445

Bankruptcy Case Number: 26-11020



17082-MSN-DE-040816445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 3, 2026</u>, at <u>2:31</u> o'clock <u>PM MST</u>, <u>JASON S PERKINS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Mississippi</u>.

Date:   <u>April 4, 2026</u>          By:      <u>/s/Orsolya K Lazar</u>

Name:   <u>Orsolya K Lazar</u>

Title:   <u>Executive Director</u>