**B 2100A (Form 2100A) (12/15)**

# United States Bankruptcy Court

NORTHERN District Of MISSISSIPPI

In re PERKINS, LANA B. Case No. 2611020 SDM

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ECMC
Name of Transferee

Mohela on behalf of: Ascendium Education Solutions
Name of Transferor

Name and Address where notices to transferee should be sent:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Phone: 651-221-0566
Last Four Digits of Acct #: 3424

Court Claim # (if known): 13
Amount of Claim: $2,113.86
Date Claim Filed: 07/10/2026

Phone: 800-874-8982
Last Four Digits of Acct #: 3424

Name and Address where transferee payments should be sent (if different from above):

ECMC
Lockbox #8682
P.O. Box 16478
St. Paul, MN 55116-0478

Phone: 651-221-0566
Last Four Digits of Acct #: 3424

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Maricela Sanchez Solano
Transferee/Transferee's Agent

Date: 09/29/2026

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

American Student Assistance®

33 Arch Street, Suite 2100
Boston, MA 02110
www.asa.org

August 28th, 2026

Yolanda Jones
Educational Credit Management Corporation
111 South Washington Avenue, Suite 1400
Minneapolis, MN 55401

**ASSIGNMENT OF CLAIM**

The Massachusetts Higher Education Corporation d/b/a American Student Assistance (ASA) hereby assigns to the Educational Credit Management Corporation (ECMC), for valuable consideration, the receipt of which is hereby acknowledged, its rights, title, and interest in those student loans listed in the enclosure to this letter, dated August 28th, 2026.

The Massachusetts Higher Education Corporation d/b/a American Student Assistance hereby waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.

Michael Grant
Guarantor Services
American Student Assistance

Enclosure