0039-TV-EPIDTV-00647347-607257

# United States Bankruptcy Court

FOR THE
Northern District of Mississippi

**IN RE:** LANA BROOKE & JASON SCOTT PERKINS
807 HILDRETH RD
COLUMBUS, MS 39702

DATE 09/30/2026

CASE No. 26-11020-SDM

SS #1: XXX-XX-3424 SS #2: XXX-XX-2872

**MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS**

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| US DEPT OF ED / P O BOX 16448<br>ST PAUL, MN 55116-0448 | 015 | Unsecured<br>PAY 100.0000% | 10,662.28 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Todd S. Johns
**Todd S. Johns**

DATED: 9/30/2026

THOMAS C ROLLINS, JR
P O BOX 13767
JACKSON, MS 39236