**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lana Brooke Perkins** **Case No. 26-11020-SDM**
**Jason Scott Perkins, Debtors** **CHAPTER 13**

# MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by the Department of Treasury – Internal Revenue Service (claim 15), and in support thereof, would show the following:

1. The Internal Revenue Service was properly listed in Debtor's bankruptcy.
2. Debtor contacted the Internal Revenue Service to file a claim in the pending case.
3. That the deadline for filing claims has passed.
4. That on or about November 2, 2026, a secured claim in the amount of $4,146.00 was filed in the case.
5. Debtor's plan pays approximately 100% to unsecured creditors.
6. Debtors wish for the claim be paid in the amount of $4,146.00 through their bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim no. 15 to be paid through the plan as filed. Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the 3rd day of November, 2026.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on November 3, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS
c/o U.S. Attorney
Ethridge Building
900 Jefferson Ave
Oxford, MS 38655-0000

U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20503-0001

By Electronic CM/ECF Notice:

Chapter 13 Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.