UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Lana Brooke Perkins
Jason Scott Perkins

CASE NO: 26-11020-SDM

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/5/2026, I did cause a copy of the following documents, described below,

Notice of Hearing and Motion to Allow Late Filed Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Lana Brooke Perkins
Jason Scott Perkins

CASE NO: 26-11020-SDM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/5/2026, a copy of the following documents, described below,

Notice of Hearing and Motion to Allow Late Filed Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

FIRST CLASS

IRS
C/O US ATTORNEY
ETHRIDGE BLDG, 900 JEFFERSON AVE
OXFORD MS 38655

FIRST CLASS

US ATTORNEY GENERAL
US DEPT. OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20503-0001

CM/ECF bvhrg13
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Lana Brooke Perkins and Jason Scott Perkins<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−11020−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at:

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 1/5/27 at 10:30 AM

Responses Due: 11/30/26

to consider and act upon the following:

*23* − Motion to File Claim After Claims Bar Date Filed by Thomas C. Rollins Jr. on behalf of Jason Scott Perkins, Lana Brooke Perkins. (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 11/4/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: VSD
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Lana Brooke Perkins** **Case No. 26-11020-SDM**
**Jason Scott Perkins, Debtors** **CHAPTER 13**

**MOTION TO ALLOW LATE FILED CLAIM**

COMES NOW, Debtors, by and through counsel, and moves for the Court to allow the late filed claim filed by the Department of Treasury – Internal Revenue Service (claim 15), and in support thereof, would show the following:

1. The Internal Revenue Service was properly listed in Debtor's bankruptcy.
2. Debtor contacted the Internal Revenue Service to file a claim in the pending case.
3. That the deadline for filing claims has passed.
4. That on or about November 2, 2026, a secured claim in the amount of $4,146.00 was filed in the case.
5. Debtor's plan pays approximately 100% to unsecured creditors.
6. Debtors wish for the claim be paid in the amount of $4,146.00 through their bankruptcy plan.

WHEREFORE, Premises considered, Debtor respectfully request that this Court allow the late filed Claim no. 15 to be paid through the plan as filed. Debtor requests such further additional relief to which he may be entitled.

Respectfully submitted on this the 3rd day of November, 2026.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion were forwarded on November 3, 2026, to:

By First Class U.S. Mail, Postage Prepaid:

IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

IRS
c/o U.S. Attorney
Ethridge Building
900 Jefferson Ave
Oxford, MS 38655-0000

U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20503-0001

By Electronic CM/ECF Notice:

Chapter 13 Trustee

United States Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.